## White *ads.* Spencer.

THE Plaintiff had recovered, but not *above* £.20; and now a Motion by the Defendant to set off his Costs against the Sum recovered, which was opposed on Behalf of the Attorney for the Plaintiff, whose Affidavit was read, stating that the whole of his Costs was still due to him, and that the Plaintiff had become insolvent.

Rule neverthelefs granted to the Defendant.